IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAO LING CHEN, ZENG BIAO TENG, XUAN BIN FANG and HUI LING CHEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XPRESSPA AT TERM. 4 JFK, et al.,<br><br>Defendants. | Case No.: 1:15-cv-01347 |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: September 8, 2021                         Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:    /s/ C.K. Lee
C.K. Lee, Esq.
Anne Seelig, Esq.
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*