IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAO LING CHEN, ZENG BIAO TENG, XUAN BIN FANG and HUI LING CHEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>XPRESSPA AT TERM. 4 JFK, et al.,<br><br>Defendants. | Case No.: 1:15-cv-01347<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and (iii) Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) awarding Class Counsel 1/3 of the Net Settlement Fund established by Defendants in the amount of $144,000, plus costs and expenses in the amount of $12,987.50, to be paid from the Settlement Fund; and (2) awarding Simpluris as Settlement Administrator, administration fees of up to $23,000.00, to be paid from the Settlement Fund.

Dated: September 8, 2021 Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: */s/ C.K. Lee*
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*